```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION

J.G., etc., et al.,              )
                                 )
            Plaintiffs,          )
                                 )
      v.                         )     No. 2:07 CV 29 DDN
                                 )
RONALD L. PHILLIPS, M.D., et al.,)
                                 )
            Defendants.          )
```

## ORDER

**IT IS HEREBY ORDERED** that, on or before August 10, 2007, defendant Chrysanthy M. Tsifutis, M.D., shall file a copy of the pleadings in the state court action.

                                        /S/ David D. Noce
                                **UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.