```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      NORTHERN DIVISION
```

J.G., etc., et al.,                )
                                   )
            Plaintiffs,            )
                                   )
      v.                           )      No. 2:07 CV 29 DDN
                                   )
RONALD L. PHILLIPS, M.D., et al.,  )
                                   )
            Defendants.            )

### ORDER

Following the hearing held on August 22, 2007, without objection,

**IT IS HEREBY ORDERED** that the motion of the defendant United States (substituted as defendant for Chrysanthy M. Tsifutis, M.D., and Chrysanthy M. Tsifutis, M.D., P.C. on August 6, 2007, Doc. 12) to dismiss the action (Doc. 13) is sustained and the claims of plaintiffs against the United States are dismissed without prejudice.

**IT IS FURTHER ORDERED** that the request of the plaintiffs that the action be remanded to the Circuit Court of Adair County, Missouri, (Doc. 16 at 3) is sustained and this action is remanded to said court.

                              /S/ David D. Noce
                         **UNITED STATES MAGISTRATE JUDGE**

Signed on August 23, 2007.